UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

IN RE:

                                    CASE NO. 8:17-bk-07841-KRM

B N EMPIRE, LLC                       Chapter 11

     Debtor.
_____/

## 2016(b) DISCLOSURE

Debtor's counsel, Alberto F. Gomez Jr. and Johnson Pope Bokor Ruppel & Burns, LLP ("Johnson Pope"), hereby files this 2016(b) Disclosure and says that Johnson Pope has received from an affiliate of the Debtor, Cloud Contracts, Inc., paid a $33,500.00 pre-petition retainer within one year of the filing date on behalf of the Debtor. Of the amount received, approximately $16,110.00 was utilized for representation of the Debtor in a State Court foreclosure case and potential workout settlement efforts. Additionally, from the amount received, Debtor's counsel paid the Court's filing fee of $1,717.00 on behalf of the Debtor. After crediting amounts due for pre-petition services rendered and for reimbursement of pre-petition expenses incurred through September 5, 2017, the date of commencement of the Debtor's chapter 11 case, Johnson Pope held approximately $15,673.00 in its trust account to be applied to post-petition services rendered and costs incurred.

The total amount due shall be determined by this Court on the basis of $375.00 per hour for Alberto F. Gomez, Jr. and applicable hourly rates of other attorneys and paralegals employed by the firm.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing 2016(b) Statement has been furnished either by the Court's CM/ECF system or by regular U. S. Mail to the **Office of the U.S. States Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; and **B N Empire, LLC**, 17358 Emerald Chase Drive, Tampa, FL 33647 on September 19, 2017.

JOHNSON, POPE, BOKOR,
RUPPEL & BURNS, LLP

/s/ Alberto F. Gomez, Jr.
Alberto F. Gomez, Jr. (FBN: 784486)
401 E. Jackson Street (33602)
P.O. Box 1100
Tampa, FL  33601-1100
Telephone:     813-225-2500
Facsimile:     813-223-7118
Email:  Al@jpfirm.com
Attorneys for Debtor